**\*\* E-filed December 20, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIAN O. ADAMS, | No. C11-05401 HRL |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT; and DEPUTY PATRICK DIMICK, | **[Re: Docket No. 4]** |
| Defendants. | |

Pro se plaintiff Adrian Adams sued the Santa Cruz County Sheriff's Department and Deputy Patrick Dimick (collectively "defendants") in Santa Cruz County Superior Court alleging civil rights violations. After the state court sustained a demurrer on Adams's first amended complaint, he filed a second amended complaint ("SAC"), which alleged federal claims for relief. Dkt. No. 1, Exh. F (Order Sustaining Demurrer), Exh. H (SAC). Defendants timely removed the action to this court. Dkt. No. 1. Defendants now move to dismiss the complaint for failure to state a claim upon which relief can be granted. See FED. R. CIV. P. 12(b)(6). Dkt. No. 4. Plaintiff did not file an opposition to the motion, and informed the court at hearing on December 20 that he did not oppose the motion so long as the court granted dismissal with leave to amend. The court so orders.

Plaintiff's SAC against the Santa Cruz County Sheriff's Department and Deputy Patrick Dimick is DISMISSED in its entirety with leave to amend. Plaintiff shall file an Amended Complaint and serve it on defendants no later than 15 days from the date of this order.

**IT IS SO ORDERED.**

Dated: December 20, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-05401 HRL** **N**otice will be electronically mailed to:

James Carl Eschen          Eschenlaw@cruzio.com
Jessica Claudine Espinoza    jessica.espinoza@co.santa-cruz.ca.us
Dana Maureen McRae       dana.mcrae@co.santa-cruz.ca.us

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**